UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, by and through her Guardian ad Litem, Lynne Snyder,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 5:15-cv-01725-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

Having reviewed the parties' Joint Case Management Conference Statement filed on July 23, 2015 (Docket Item No. 17), the court orders as follows:

1. On or before **July 31, 2015**, Plaintiff shall file an administrative motion pursuant to Civil Local Rule 7-11 requesting that Lynne Snyder be formally appointed as her guardian ad litem in this matter.

2. On or before **August 7, 2015**, the parties shall submit to the assigned magistrate judge a stipulation and proposed order for the release of records related to Plaintiff, as referenced on Page 3, Lines 7 through 10 of the Joint Case Management Conference Statement, or shall otherwise commence appropriate proceedings to obtain the records necessary to proceed with Plaintiff's claims.

3. Given the unique discovery challenges presented by this case, the court finds that a scheduling conference is otherwise premature at this time. Accordingly, the Case Management

1  Conference scheduled for July 30, 2015 is CONTINUED to **10:00 a.m. on October 29, 2015**.
2  The parties shall file an updated Joint Case Management Conference Statement on or before
3  **October 22, 2015**, which provides, inter alia, an update on the parties' efforts to obtain records
4  and progress discovery.

6      **IT IS SO ORDERED.**
7  Dated: July 24, 2015



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:15-cv-01725-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE