```
IT IS SO ORDERED
[signature]
Judge Edward J. Davila
DATED: 10/8/2015
```

STEVEN D. WERTH, State Bar No. 121153
swerth@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendant
BEN GREENE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, by and through her court-appointed Guardian ad Litem, LYNNE SNYDER, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SANTA CLARA; SANTA CLARA COUNTY SOCIAL SERVICES AGENCY; DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES; JANET TRUJILLO, individually and as an employee of the COUNTY OF SANTA CLARA; REBECCA URQUILLA, individually and as an employee of the COUNTY OF SANTA CLARA; JEAN D'INNOCENTI, individually and as an employee of the COUNTY OF SANTA CLARA; XAVIER MORALES, individually and as an employee of the COUNTY OF SANTA CLARA; MI SOOK, individually and as an employee of the COUNTY OF SANTA CLARA; FIONG FONG, individually and as an employee of the COUNTY OF SANTA CLARA; DANIEL ESTRADA, individually and as an employee of the COUNTY OF SANTA CLARA; GARY DETLEFS, individually and as an employee of the COUNTY OF SANTA CLARA; A. PADILLA, individually and as an employee of the COUNTY OF SANTA CLARA; GRACE AMARANTE, individually and as an employee of the | Case No. 5:15-cv-01725-EJD <br> Hon. Edward J. Davila <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT BEN GREENE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

|   |   |
|---|---|
| 1 | COUNTY OF SANTA CLARA; YVONNE LU, individually and as an employee of the COUNTY OF SANTA CLARA; CHRISTOPHER PECK, individually and as an employee of the COUNTY OF SANTA CLARA; DEANNE PAREDES; QUIRINO CORTEZ; KIDANGO, INC.; BEN GREENE; OLIVIA PELAYO; and DOES 1 through 100, inclusinve |
| | Defendants. |

Plaintiff JANE DOE ("Plaintiff") and Defendant BEN GREENE ("Defendant") hereby stipulate that Defendant shall have until **October 22, 2015** to answer or otherwise respond to Plaintiff's complaint.

Respectfully submitted,

Dated:  October 7, 2015   CAPUTO & VAN DER WALDE LLP

By:   */s/ Eva D. Silva*
       PAUL F. CAPUTO
       EVA D. SILVA
       Attorneys for Plaintiff
       JANE DOE

Dated:  October 7, 2015   ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By:   */s/*
       STEVEN D. WERTH
       Attorneys for Defendant
       BEN GREENE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

64994.1