UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>   v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>              Defendants. | Case No.  5:15-cv-01725-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Due to the pending motion to remand, the Case Management Conference scheduled for October 29, 2015, is CONTINUED to **10:00 a.m. on December 3, 2015.**  The parties shall file a Joint Case Management Conference Statement on or before **November 25, 2015.**

**IT IS SO ORDERED.**

Dated:  October 21, 2015

EDWARD J. DAVILA
United States District Judge