PAUL E. CAPUTO, ESQ., SBN 144592
EVA D. SILVA, ESQ., SBN 238826
CAPUTO & VAN DER WALDE LLP
51 E. Campbell Avenue, Suite 120
Campbell, CA 95008
(408) 733-0100
(408) 733-0123 fax

Attorneys for Plaintiff, Jane Doe, a minor
by and through her Guardian ad Litem, Stephanie Mulligan, Esq.

**GRANTED**
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| JANE DOE, by and through her court-appointed Guardian ad Litem, Stephanie Mulligan, Esq.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.<br><br>Defendants. | No. 5:15-CV-01725-EJD<br><br>ASSIGNED FOR ALL PURPOSED TO THE HONORABLE EDWARD J. DAVILA<br><br>**STIPULATION REGARDING DEFENDANT KIDANGO, INC.'S ANSWER OR RESPONSE TO PLAINTIFF'S COMPLAINT OR FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6.1(a), Defendant KIDANGO, INC. ("Kidango") and Plaintiff JANE DOE, by and through her court-appointed Guardian ad Litem, Stephanie Mulligan, Esq. ("Plaintiff"), by and through their attorney's of record, hereby agree and stipulate that Kidango shall have until after the Court's Order on Plaintiff's Motion for Leave to File a First Amended Complaint is issued to respond to Plaintiff's Complaint or First Amended Complaint, as the case may be. Should the Court deny Plaintiff's Motion for Leave to File a First Amended Complaint, Kidango shall file an Answer to the Complaint within 7 days of said Order. Should the Court grant Plaintiff's Motion for Leave to File a First Amended Complaint, Kidango shall file a response to the First Amended Complaint pursuant to the terms of the Court's Order and the Federal Rules of Civil Procedure.

///

This stipulation is made for good cause based on the following circumstances:

Kidango and Plaintiff previously negotiated a settlement of any and all claims, which was followed by the filing by Kidango of a Motion for Determination of Good-Faith Settlement that was recently granted by the Court. Based on the settlement and the Motion for Determination of Good-Faith Settlement, Kidango had not filed an Answer to Plaintiff's Complaint. However, the settlement has now fallen through and Plaintiff has sought leave to file a First Amended Complaint. As a result, a response to the Complaint or First Amended Complaint by Kidango is needed.

IT IS SO STIPULATED.

Dated: June 22, 2016               CAPUTO & VAN DER WALDE LLP

By: _____
EVA D. SILVA
Attorneys for Plaintiff
JANE DOE, a minor, by and through her Guardian ad Litem, Stephanie Mulligan, Esq.

Dated: June ___, 2016              BRADLEY, CURLEY, ASIANO,
                                   BARRABEE, KOWALSKI, MARCHI & KING, P.C.

By: _____
ARTHUR W. CURLEY
Attorneys for Defendant
KIDANGO, INC.

1     This stipulation is made for good cause based on the following circumstances:

2     Kidango and Plaintiff previously negotiated a settlement of any and all claims, which was
3 followed by the filing by Kidango of a Motion for Determination of Good Faith Settlement that
4 was recently granted by the Court. Based on the settlement and the Motion for Determination of
5 Good Faith Settlement, Kidango had not filed an Answer to Plaintiff's Complaint. However, the
6 settlement has now fallen through and Plaintiff has sought leave to file a First Amended
7 Complaint. As a result, a response to the Complaint or First Amended Complaint by Kidango is
8 needed.

9     IT IS SO STIPULATED.

10 Dated: June 22, 2016                               CAPUTO & VAN DER WALDE LLP

13                                         By: _____
14                                            EYAD SHAYA
                                           Attorneys for Plaintiff
15                                            JANE DOE, a minor, by and through her Guardian ad
                                           Litem, Stephanie Mulligan, Esq.

17 Dated: June 22, 2016                               BRADLEY, CURLEY, ASIANO,
                                           BARRABEE, KOWALSKI MARCIIIA KING, P.C.

20                                            By: _____
21                                            ARTHUR W. CURLEY
                                           Attorneys for Defendant
                                           KIDANGO, INC.